Marvin C. Ruth (024220)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 224-0999
F: (602) 224-6020
mruth@cblawyers.com

*Attorneys for Plaintiff Wilmington Savings Fund Society, FSB dba Christiana Trust as trustee for Deephaven Residential Mortgage Trust 2017- 1*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Wilmington Savings Fund Society, FSB dba Christiana Trust, not in its individual capacity but solely as trustee for Deephaven Residential Mortgage Trust 2017-1,<br><br>Plaintiff,<br><br>v.<br><br>Mark Edward Dillon, an individual, and as trustee of the Mark Edward Dillon Revocable Living Trust, Dated 9/12/2017; Adrian Fontes, solely in his capacity as Maricopa County Recorder; Jason Mussman, an individual and Pooneh Mussman, an individual, and Does I through 20, inclusive;<br><br>Defendants. | No. 2:18-CV-03145-ESW<br><br>**CERTIFICATION OF COUNSEL AND REQUEST THAT COUNSEL BE EXCUSED FROM COMPLYING WITH LRCIV 12.1(C)** |

On November 26, 2018, Plaintiff Wilmington Savings Fund Society, FSB ("WSFS") filed a Motion to Dismiss Defendant Mark Dillon's Counterclaim (Dkt. 24). WSFS did not seek a meet and confer with Dillon under LRCiv. 12.1(c) prior to filing the Motion to Dismiss, and respectfully requests that it be excused from doing so, for the following reasons:

- Dillon filed a complaint against WSFS in Maricopa County Superior Court, CV2018-007907, premised on many of the same flawed and debunked legal theories as his Counterclaim. WSFS filed a motion to dismiss that complaint on July 16, 2018, carefully explaining why those legal theories were baseless, both legally and factually. Dillon ignored that response and filed an Amended

{00402910.1 }

Complaint that was again based on many of those same discredited legal theories, which WSFS moved to dismiss once again, on August 31, 2018.

- On August 10, 2018, WSFS filed the above captioned proceeding in Maricopa County Superior Court, seeking to enjoin Dillon from using funds he had received by selling WSFS's collateral after recording a fraudulent release of WSFS's deed of trust. (*See* Dkt 1-1 at p. 12) On September 13, 2018, Dillon filed an objection to WSFS's Request for Preliminary Injunction, premised on many of the same discredited legal theories as his Counterclaim, including his baseless assertion that he had already paid off his debt to WSFS. (*See* Dkt. 1-1 at p. 64) Dillon then advanced those same theories during the preliminary injunction hearing. The State Court rejected his arguments and entered the injunction.

- Sometime prior to that injunction hearing, Dillon filed a bar complaint against undersigned counsel, falsely accusing counsel of fraud on the court. *See* Exh. A attached. The State Bar closed that file. *Id.*

Thus, because (a) Dillon has repeatedly advanced the same "legal" theories in multiple forums notwithstanding WSFS's repeated citation to controlling precedent rejecting those theories, (b) many of Dillon's legal theories were previously rejected by the State Court in this proceeding when it granted an injunction against Dillon in favor of WSFS, and (c) Dillon has resorted to the extraordinary step of making false claims against undersigned counsel to the State Bar, WSFS determined that a "meet and confer" with respect to Dillon's purported Counterclaim would be fruitless and counterproductive. WSFS respectfully requests that the Court waive LRCiv. 12.1(c)'s meet and confer requirement for purposes of the pending Motion to Dismiss.

Respectfully submitted this 27th day November, 2018.

**COPPERSMITH BROCKELMAN PLC**

By: */s/ Marvin C. Ruth*
    Marvin C. Ruth
    2800 North Central Avenue, Suite 1900
    Phoenix, Arizona 85004
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2018, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants.

*s/ Verna Colwell*